21868.   WASHINGTON *v.* HOSE.

DECIDED APRIL 29, 1932.

*D. Lee Churchwell,* for plaintiff.   *M. Felton Hatcher,* for defendant.

LUKE, J.   Exception is taken to the judgment of the superior court of Bibb county dismissing a certiorari and affirming the judgment of the municipal court of the city of Macon.

Gertrude Washington instituted her proceeding in the municipal court for a laborer's lien foreclosure. A counter-affidavit was filed by Felton Hose, defendant. A motion to strike the counter-affidavit, on the ground that no issue of law was raised, because the defendant had retained possession of the property levied upon and for which he had given a receipt to the sheriff, and upon the further ground that, by this arrangement, the plaintiff had been deprived of her right to obtain a general judgment, was overruled. A judgment was rendered in favor of the defendant and against the plain-

tiff. Since the issue of fact, upon the trial, was determined in favor of the defendant, the question sought to be raised has become moot. The exception is clearly without merit.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*